THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT WASHINGTON

| | |
|---|---|
| AB FOODS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FLOYD BLINSKY TRUCKING, INC.,<br><br>　　　　Defendant. | CASE NO. C22-1261-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on the parties' stipulation and proposed order for voluntary dismissal (Dkt. No. 11). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here is self-executing and this action is DISMISSED with prejudice, with each party to bear its own attorney fees and other litigation expenses. The Clerk is DIRECTED to close this case.

//

//

//

//

MINUTE ORDER
C22-1261-JCC
PAGE - 1

DATED this 23rd day of May 2023.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Samantha Spraker</u>
Deputy Clerk